## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MALIKA COYETTE**<br><br>v.<br><br>**LANKENAU HOSPITAL** | **CIVIL ACTION**<br><br>**NO. 18-502** |

## ORDER

     **AND NOW, TO WIT:** This 21st day of August, 2018, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

     **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

                       **KATE BARKMAN**, Clerk of Court

                             /s/ Lori K. DiSanti
**BY:**     _____
                             Lori K. DiSanti
                             Deputy Clerk

O:\CIVIL 18\18-502 COYETTE V LANKENAU HOSP\18CV502 41B ORDER 08212018.DOCX